```
Jeffrey Matura, State Bar No. 019893
BARRETT & MATURA, P.C.
8925 East Pima Center Pkwy, Suite 215
Scottsdale, Arizona 85258
Tel:  (602) 792-5705
Fax:  (602) 792-5710
jmatura@barrettmatura.com
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Daniels,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Fire & Medical Authority,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01995-SPL<br><br>**STIPULATION TO DISMISS, WITH PREJUDICE** |

The parties stipulate as follows:

1.　　All claims that Plaintiff Craig Daniels alleges against Defendant Arizona Fire & Medical Authority are dismissed, with prejudice.

2.　　All parties will bear their own attorneys' fees and costs.

The parties submit a proposed order for the Court's review and signature.  Upon issuance of the proposed order, no further claims will remain in this case.

Dated on August 29, 2023.

                                     BARRETT & MATURA, P.C.

By   /s/ Jeffrey C. Matura
      Jeffrey C. Matura
      8925 East Pima Center Pkwy, Suite 215
      Scottsdale, Arizona 85258
      Attorneys for Defendant Arizona Fire & Medical Authority

By   /s/ Craig Daniels
      Craig Daniels
      3650 South Heath Way
      Chandler, Arizona 85248
      Plaintiff Pro Per

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Craig Daniels
3650 South Heath Way
Chandler, Arizona 85248
(480) 492-0628
cdaniels36@yahoo.com
Plaintiff

/s/ Briana Squires
Briana Squires